UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KUNNEN, an individual,<br><br>    Plaintiff,<br> v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | CASE NO. 2:23-cv-01958-TL<br><br>ORDER OF DISMISSAL |

  Based on the stipulation of the parties, the Parties' Stipulated Motion for Dismissal (Dkt. No. 25) is GRANTED. It is hereby ORDERED that all pending deadlines, as well as the trial date, are STRICKEN. The Court further ORDERS that the above-captioned matter is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney fees.

  Dated this 3rd day of December 2024.

                  Tana Lin
                  United States District Judge

ORDER OF DISMISSAL - 1